CATHARINE LACHENMEYER, Respondent, v. AUGUST LACHEN-MEYER, Appellant.

(Argued June 13, 1882; decided June 20, 1882.)

*George F. Langbein* for appellant.

*Albert Day* for respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.